UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY BARKER COUGHLIN, | 3:13-CV-0484-RCJ (VPC) |
| Plaintiff, | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| v. | |
| WASHOE COUNTY SHERIFF'S OFFICE, | |
| Defendant. | |

This report and recommendation is made to the Honorable Robert C. Jones, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

In September 2013, plaintiff filed a motion to proceed *in forma pauperis* in this case and listed Walmart and the Reno Sparks Indian Colony as defendants (#1). Plaintiff attached a complaint against a litany of defendants beginning with Casey D. Baker and including several judges, courts, and county agencies, but not Walmart or the Reno Sparks Indian Colony. *Id.* The court notes that plaintiff may have also filed this complaint or a similar complaint in case number 3:13-CV-0446-RCJ (WGC) which has been dismissed with leave to amend.[1] Plaintiff also filed a 651-page supplement which includes a hodgepodge of documents filed in other courts such as the Second Judicial District Court and Reno Justice Court (#2).

---

[1] The court notes that plaintiff may have several other cases pending in this court: *Coughlin v. Walmart*, 3:13-CV-0474-RCJ (WGC); *Coughlin v. City of Reno*, 3:13-CV-0446-RCJ (WGC); *Coughlin v. Reno Municipal Court*, 3:13-CV-0539-RCJ (WGC).

The court was unclear whether plaintiff intended to initiate a new action or rather supplement an already existing complaint filed in another case or in another court (#3). Therefore, the court ordered the Clerk to forward to plaintiff a form for filing a complaint under 42 U.S.C. § 1983 and a new application to proceed *in forma pauperis*. *Id.* Plaintiff was ordered to file a clear and concise complaint with the new application to proceed *in forma pauperis* on or before January 3, 2014. *Id.* Plaintiff was cautioned that his failure to do so would result in a recommendation to the District Court deny his application to proceed *in forma pauperis* and dismiss the action. *Id.*

Plaintiff filed two motions for an extension of time to file an amended complaint (#s 4 & 7) and a motion for appointment of counsel (#5). The court granted plaintiff's request for an extension of time and once again ordered the Clerk to send plaintiff a form for filing a complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* together with the court's order #3 (#8). Plaintiff was granted an extension of time to February 3, 2014 to file a clear and concise complaint and application to proceed *in forma pauperis*. *Id.* Again, plaintiff was cautioned that failure to do so would result in a recommendation to deny his application to proceed *in forma pauperis* and dismiss this action. *Id.* The court deferred its ruling on the motion to appoint counsel (#5) until plaintiff filed a fully completed motion to proceed *in forma pauperis* and complaint in this case (#8).

To date, plaintiff has failed to follow the court's orders and file a complaint and a fully completed application to proceed *in forma pauperis*.

Based upon the foregoing, the undersigned magistrate judge recommends that this action be dismissed without prejudice.

The parties should be aware of the following:

1. They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen (14) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

**RECOMMENDATION**

Based upon the foregoing, the undersigned Magistrate Judge recommends that the District Court enter an order **DISMISSING** this action without prejudice.

DATED: February 6, 2014.

_____
UNITED STATES MAGISTRATE JUDGE