UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| ZACHARY BARKER COUGHLIN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASHOE COUNTY SHERIFF'S OFFICE, ) <br> ) <br> Defendant. ) <br> ) | CASE NO.: 3:13-CV-484-RCJ-VPC <br><br> O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #9) entered on February 6, 2014, in which the Magistrate Judge recommends that the Court dismiss this action without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #9).

IT IS HEREBY ORDERED that pending motions (ECF ## 2, 5, 7,) are DENIED as MOOT.

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal (ECF #11) is GRANTED. The Clerk of the Court shall close the case.

IT IS SO ORDERED this 3rd day of April, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE